**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)     Case Number **13–70885**

| UNITED STATES BANKRUPTCY COURT Western District of Virginia |
|---|

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/22/13.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors – Do not file this notice in connection with any proof of claim you submit to the court**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| DAVID W HOOVER<br>1405 GROVE DR<br>PULASKI, VA 24301 | BRIDGETTE R HOOVER<br>1405 GROVE DR<br>PULASKI, VA 24301 |
| Case Number:<br>13–70885 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–8539<br>xxx–xx–7687 |
| Attorney for Debtor(s) (name and address):<br>Alan D. Gillis<br>720 Stone St<br>Christiansburg, VA 24073<br>Telephone number: (540) 382–6135 | Bankruptcy Trustee (name and address):<br>George A McLean(72)<br>PO Box 1264<br>Roanoke, VA 24006<br>Telephone number: 540–982–8430 |

### Meeting of Creditors

Date: **June 13, 2013**              Time: **01:00 PM**

Location: **cr mtg, ROA, First Campbell Square, Rm 120, 210 First St, SW, Roanoke, VA 24011**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 8/12/13**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>210 Church Ave.<br>Room 200<br>Roanoke, VA 24011<br>(540) 857–2391 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>John W. L. Craig |
|---|---|
| Hours Open: Monday – Friday 8:30 AM – 4:30 PM | Date: 5/22/13 |

**EXPLANATIONS**  B9A (Official Form 9A) (12/11)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

```
                         United States Bankruptcy Court
                          Western District of Virginia
In re:                                                       Case No. 13-70885-rbc
DAVID W HOOVER                                               Chapter 7
BRIDGETTE R HOOVER
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0423-7        User: admin            Page 1 of 2            Date Rcvd: May 23, 2013
                            Form ID: b9a           Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2013.
db/jdb       +DAVID W HOOVER,    BRIDGETTE R HOOVER,    1405 GROVE DR,   PULASKI, VA 24301-3017
3781502      +Aci,    2420 Sweet Home Rd Ste 150,   Amherst, NY 14228-2244
3781503      +Anesthesiolgy Assoociates Of Radford,    Po Box3605,   Radford, VA 24143-3605
3781504       CARILION CLINIC,    PO BOX 824579,   PHILADELPHIA, PA  19182-4579
3781505       Convergent Outsourcing,    800 Sw 39thst,   Renton, WA  98057-4975
3781506      +Fingerhut,    Po Box 166,   Newark, NJ 07101-0166
3781507       Ginnys,    1112 7th Ave,   Monroe, WI  53566-1364
3781508      +Hsbc Card Services,    Po Box 7104,   Charlotte, NC 28241-7104
3781509      +Medkey,    Po Box 13946,   Roanoke, VA 24038-3946
3781511       Nationwide General Ins. Company,    Po Box 96040,   Charlotte, NC  28296-0040
3781512      +Nr V Community Services,    1000 E MAIN ST,   PULASKI, VA 24301-5218
3781513      +Pulaski Community Hospital,    1006 E MAIN ST,   PULASKI, VA 24301-5218
3781514      +Sca Credit Services,    1502 Williamson Rd Ne,   Roanoke, VA 24012-5130
3781515       United Consumer Financial,    Po Box 856290,   Louisville, KY  40285-6290
3781517      +Victoria Insurance Group,    Po Box 6838,   Cleveland, OH 44101-1838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: alandgillis.attorney@verizon.net May 23 2013 20:32:43     Alan D. Gillis,
               720 Stone St,   Christiansburg, VA   24073
tr           +EDI: BGAMCLEAN.COM May 23 2013 22:13:00     George A McLean(72),    PO Box 1264,
               Roanoke, VA 24006-1264
3781505       EDI: CONVERGENT.COM May 23 2013 22:13:00     Convergent Outsourcing,   800 Sw 39thst,
               Renton, WA  98057-4975
3781510      +E-mail/Text: recovery@memberonefcu.com May 23 2013 20:58:36     Member One,    Po Box 12288,
               Roanoke, VA 24024-2288
3781516       EDI: AFNIVZWIRE.COM May 23 2013 22:13:00     Verizon Wireless,   P. O. Box 25505,
               Lehigh Valley, PA  18002-5505
3781518       EDI: RMSC.COM May 23 2013 22:13:00     Walmart/Gecrb,   Po Box 530927,   Atlanta, GA  30353-0927
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 25, 2013**              **Signature:**    _Joseph Speetjens_

```
District/off: 0423-7           User: admin                Page 2 of 2                Date Rcvd: May 23, 2013
                               Form ID: b9a               Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2013 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0